

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**FILED**

MAY 2 2 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Case No. 23-cv-00180-GKF-JFJ
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Dewayne Lewis Dudley
- All other names by which you have been known:
- ID Number: 14208510
- Current Institution: Cimarron Correctional Facility
- Address: 3200 S Kings Highway
  Cushing, OK 74203
  *City      State      Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Damon T Hininger
- Job or Title *(if known)*: CEO
- Shield Number:
- Employer: Core Civic
- Address: 5501 Virginia Way Suite 110
  Brentwood, Tenn 37027
  *City      State      Zip Code*
- [✓] Individual capacity   [ ] Official capacity

**Defendant No. 2**
- Name: Terrence Dickerson
- Job or Title *(if known)*: Warden
- Shield Number:
- Employer: Core Civic
- Address: 3200 S Kings Highway
  Cushing, OK 74203
  *City      State      Zip Code*
- [✓] Individual capacity   [ ] Official capacity

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Defendant No. 3
Name: K Grant
Job or Title (if known): Asst Warden
Shield Number:
Employer: Core Civic
Address: 3200 S Kings Highway
Cushing, OK 74203
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: Hilligoss
Job or Title (if known): Chief of Security
Shield Number:
Employer: Core Civic
Address: 3200 S Kings Highway
Cushing, OK 74203
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [✓] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 4th 8th 14th 1st

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Defendant No. 3
Name: Holly McNaulty
Job or Title (if known): Medical Director
Shield Number:
Employer: Core Civic
Address: 3200 S Kings Highway
Cushing     OK     74203
City        State  Zip Code
☑ Individual capacity    ☐ Official capacity

Defendant No. 4
Name: Battles
Job or Title (if known): Commissary Manager
Shield Number:
Employer: Core Civic
Address: 3200 S Kings Highway
Cushing     OK     74205
City        State  Zip Code
☑ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 4th 14th 1st 8th

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: [scribbled out] DW
- All other names by which you have been known:
- ID Number
- Current Institution
- Address

*City*     *State*     *Zip Code*

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Clayton Johnson
- Job or Title *(if known)*: US Marshall nothern District ok
- Shield Number:
- Employer: US Government
- Address: 333 West 4th St Rm 4557
- Tulsa, OK 74103

*City*     *State*     *Zip Code*

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Shield Number:
- Employer:
- Address:

*City*     *State*     *Zip Code*

[ ] Individual capacity    [ ] Official capacity

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. each individual, Dickerson Grant Hilljoss, McNaulty Battler Hiniser, deprived me of my 1st 4th 14th and 8th amendment rights by not providing gender dysphoria medical treatment. Johnson denied me of my 1st 4th 14th and 8th Amendment rights by not ensuring contractor is following law

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Cimarron Correctional facility march 8, 2023 to present

C. What date and approximate time did the events giving rise to your claim(s) occur? Given the grievence papers have no time it would be impossible to give an approx Time march 8th through presen

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I have been denied access to a doctor that is gender dysphoria Certified and was denied breast ausmentation, adams Apple Shaved and hair extensions, also COMMISSARY refuses to Stock gender affirming products Detainee Scott AN 240 Detainee Mel AN 267

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want breast ausmentation adams Apple shaved and hair extensions also Comissary to have available for purchase Eye shadow, Eye liner, Eye brow pencil MAscarra lip gloss and pomegrante body wash

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you.

### VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes   na

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   na

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes

   ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) ___na___
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

   3.   Docket or index number

   4.   Name of Judge assigned to your case

   5.   Approximate date of filing lawsuit

   6.   Is the case still pending?

☐ Yes    *na*

☐ No

If no, give the approximate date of disposition

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/17/2023

Signature of Plaintiff
Printed Name of Plaintiff: Dewayne Lewis Dudley
Prison Identification #: 14208510
Prison Address: 3200 Skings Highway
Cushing     OK     74203
City     State     Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City     State     Zip Code
Telephone Number
E-mail Address

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at Cimarron Correctional     on 5/17/2023
    (Location)                            (Date)

_____
Original Signature of Plaintiff)

Bryan Hodgkins Hodgkins
Notary
Payne County, OK
17 May 2023

[Notary Seal: BRYAN HODGKINS, NOTARY, #23005671, EXP. 04/24/27, PUBLIC, STATE OF OKLAHOMA]

Page 9 of 9

Deaunge Dudley #142085_0
Sempreyan Correctional
3060 S Kings Highway
Cushing OK 74203

CONFIDENTIAL

confidential
Legal Mail

Clerk United States District Court
Nothern District of Oklahoma
333 West 4th Street Rm 411
Tulsa OK 74103-3819

postmark 5/17/23

US POSTAGE
ZIP 74023
$ 001.74⁰
MAY 17, 2023

RECEIVED
MAY 22 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT



This correspondence is from an offender housed at Cimarron Correctional Facility. The facility is not responsible for substance or content.