

23-CV-180-GKF-JFJ

FILED
MAY 3 1 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Doctor Kane Alpha North 267 MEL
Unit Manager Coleman

Alpha North 240 A. Scott
Correctional Counselor Friermuth

Also detainee also certifies under penalty of perjury.

That all defendants received a copy of lawsuit in their work in boxes by Unit Manager Coleman on 05/17/2023. Hiniger and Johnsons copies were mailed via legal mail by Cimarron Correctional Mail unit, on 05/18/2023.

Detainee has no access to internet to get mailing addresses of defendants see enclosed request to cc counselor Friermuth who said she could not due to company privacy rules. Law Library Officer said the same . And I asked two people on the outside to get this information through work access they both would be terminated if they did so. So detainee cannot provide personal addresses for Subpoena purposes due to these reasons. See 2 enclosed documents shows good faith effort to provide serviceable addresses

**Detainee seeks injunctive relief to not be transferred from Cimarron Correctional facility in retaliation for filing lawsuit since damages sought is not monetary rather medial and commissary relief. And by moving detainee would cancel the Courts ability to ensure detainees relief sought was timely and fully administered.**
**Declaratory Relief by Court**
**Detainee seeks Breast augmentation Adams apple shaved and Hair extensions also Commissary to provide access to items already available to female and transgender inmates at BOP Facilities. Detainee ask court to instruct Commissary manager Battles to provide via commissary Concealer, Lip Gloss , Eye Shadow, Eye Liner, Mascara, Eye brow Pencil and Pomegranate body wash, and effy sponge for make up application.**

**Detainee further prays that the Honorable Judge Gregory K. Prizzell to review and take in consideration the initial documents that detainee sent in to start case for background information that should provide his honor with steps needed to prove diagnosis of Gender Dysphoria by Dr Fang of U.S Dept of Veterans Affairs on approx 02/2022. And steps met for living as female on requires 1 year detainee lived as female 13years and 6 months. Detainee has approx 14 months of hormones now taking Estradol and Spirolactone. Detainee Seeks a declaratory relief by his honor to designate Cimarron Correctional as not a transition facility as this definition would be short stays , which any reasonable person would not see 40 months up to 5 years as a transitional time frame but SEMI -PERMANENT. And Detainee ask that the Judge so mandate to facility designation as such thereby preventing detainees access to Needed Services.**
**402.00 FEE HAS BEEN MAILED**
**Dewayne Dudley #14208510**
**Alpha North 269**
**3200 S.. Kings Highway**
**Cushing , Oklahoma 74203**

Bryan Hodgkins
Payne County, OK
22 May 2023

BRYAN HODGKINS NOTARY # 23005671 EXP. 04/24/27 PUBLIC STATE OF OKLAHOMA

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ___ No Env
___ No Cpys ✓ No Env/Cpys ___ O/J ___ O/MJ

05-22-2023

**23-cv-00180-GKF-JFJ**

**TO: HONORABLE JUDGE GREGORY K. PRIZZELL**

SUPPLEMENTAL PAGES

Page 4 of 9 and 5of 9 court form
section D
Damon T. Hiniger -CEO

failed to provide access to a Gender Dysphoria certified doctor either by not employing one at Cimarron Correctional Facility nor allowing detainee to be scheduled for an outside provider. Hiniger also failed to provide detainee with visible uniforms that distinguish transgenders from males and females. Hiniger also failed to instruct commissary manager to comply to federal transgender detainees handbook that says commissary manager will provide access to gender affirming cosmetic items for purchase on commissary. Denied detainee Gender Dysphoria medical treatment , breast augmentation, Adams Apple shaved and Hair Extensions

Warden
Terrence Dickerson- failed to provide access to a Gender Dysphoria certified doctor either by not employing one at Cimarron Correctional Facility nor allowing detainee to be scheduled for an outside provider. Dickerson also failed to provide detainee with visible uniforms that distinguish transgenders from males and females. Dickerson also failed to announce himself upon accessing detainees room alpha north 269, as is standard procedure and a prea compliance area that is done for females. Dickerson also failed to instruct commissary manager to comply to federal transgender detainees handbook that says commissary manager will provide access to gender affirming cosmetic items for purchase on commissary. Denied detainee Gender Dysphoria medical treatment , breast augmentation, Adams Apple shaved and Hair Extensions

Assistant Warden
Kamala Grant
failed to provide access to a Gender Dysphoria certified doctor either by not employing one at Cimarron Correctional Facility nor allowing detainee to be scheduled for an outside provider. Grant also failed to provide detainee with visible uniforms that distinguish transgenders from males and females. . Dickerson also failed to instruct commissary manager to comply to federal transgender detainees handbook that says commissary manager will provide access to gender affirming cosmetic items for purchase on commissary. Denied detainee Gender Dysphoria medical treatment , breast augmentation, Adams Apple shaved and Hair Extensions

Chief of Security
John Hiligoss

failed to provide access to a Gender Dysphoria certified doctor either by not employing one at Cimarron Correctional Facility nor allowing detainee to be scheduled for an outside provider. Grant also failed to provide detainee with visible uniforms that distinguish transgenders from males and females. Dickerson also failed to instruct commissary manager to comply to federal transgender detainees handbook that says commissary manager will provide access to gender affirming cosmetic items for purchase on commissary. Denied detainee Gender Dysphoria medical treatment , breast augmentation, Adams Apple shaved and Hair Extensions.

Medical Director
Holly McNaulty
failed to provide access to a Gender Dysphoria certified doctor either by not employing one at Cimarron Correctional Facility nor allowing detainee to be scheduled for an outside provider. Grant also failed to provide detainee with visible uniforms that distinguish transgenders from males and females. Dickerson also failed to instruct commissary manager to comply to federal transgender detainees handbook that says commissary manager will provide access to gender affirming cosmetic items for purchase on commissary. Denied detainee Gender Dysphoria medical treatment , breast augmentation, Adams Apple shaved and Hair Extensions.

U.S Marshall for Northern District of Oklahoma
Clayton Johnson
failed to provide access to a Gender Dysphoria certified doctor either by not employing one at Cimarron Correctional Facility nor allowing detainee to be scheduled for an outside provider. Grant also failed to provide detainee with visible uniforms that distinguish transgenders from males and females. Dickerson also failed to instruct commissary manager to comply to federal transgender detainees handbook that says commissary manager will provide access to gender affirming cosmetic items for purchase on commissary. Denied detainee Gender Dysphoria medical treatment , breast augmentation, Adams Apple shaved and Hair Extensions. Johnson is responsible for supervising Contractor Compliance and has failed to ensure Detainees Constitutional rights are not abridged. JOHNSON also failed to ensure transgender detainees were provided easy access to his office via in person visits and monthly reports to him or email and or phone contacts. Both U.S. Marshall contact phone number and email posted on pod of alpha north currently is not working. This is allows Contractor to put in place rules and policies that are contrary to BOP and DOJ Guidelines for detainees, and to deny transgenders their rights already decided in U. S. Federal Courts of Appeals from the 1st, 4th, 7th 10th 11th and 8th and 9th.

Commissary Manager
Leslie Battles
commissary manager continues to not comply with Federal transgender detainees handbook that says commissary manager will provide access to gender affirming cosmetic items for purchase on commissary.

Witnesses s to detainees denials.

# DETAINEE REQUEST TO STAFF MEMBER

## CORECIVIC FACILITY: Cimarron

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| CC Friermuth | 5/18/2023 |
| **DETAINEE NAME:** Dewayne Dudley | **USMS NUMBER:** 14208510 |
| **HOUSING UNIT:** AN269 | **DETAINEE SIGNATURE:** [signature] |

**SUBJECT:** (Briefly state your question or concern and the solution you are requesting. Continue on the back, if necessary. Your failure to be specific may result in no action taken. If necessary, you may be interviewed in order to successfully respond to your request)

Can I get the First names of Grant Hiligoss and Battles Home address

Damon T Hniser
Clayton Johnson
Terrence Dickerson
Holly McNaulty

**DO NOT WRITE BELOW THIS LINE**

**DISPOSITION:**

Kamala Grant
John Hilligoss
Leslie Battles
Due to Privacy Policy I will not provide nor have access to home addresses.

| STAFF SIGNATURE: | DATE: |
|---|---|
| [signature] | 5/18/23 |

Pink Copy: Detainees Copy
White Copy: Employees Copy
Yellow Copy: Detainees Copy after answered

Damon Hiniger

Kamala Grant

Terrence Dickerson

John Hiligoss

Holly McNaulty

Leslie Dattler

# REQUEST FOR ASSISTANCE /SOLICITUD DE ASISTENCIA

**Detainee Name/Nombre de Detenido:** Dewayne Dalley

**REG/A#:** 1420850 **Unit /Unidad:** AN269

**To / Para:** Library Law **Date/Fecha:** 05/22/23

**Subject: (state briefly the problem for which you need assistance)**
**Sujeto: (indique brevemente el problema en el que necesita ayuda)**

I need mailing addresses to Send to US District Court for Subpoena purposes Terrance Dickerson KAMALA Grant John Hiligoss, Hollyncnaulty, leslie Battles, Damon Hiniser

*Note: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem may result in no action being taken.*

*Nota: Si es necesario, puede ser entrevistado para manejar su solicitud. Si no declara específicamente su problema, es posible que no se tomen medidas.*

**DO NOT WRITE BELOW THIS LINE /NO ESCRIBA DEBAJO DE ESTA LINEA**

**Date Received:** 22 may 2023

**This section applies to USMS prisoners only:**

**Request Type** *(Choose One)*: ☒ Routine Request ☐ Non-Routine Request

*Routine requests are to be answered within 24 hours (clothing, indigent supplies, staff assistance) - G.9.1.c*
*Non-routine requests are to be answered within 72 hours - G.9.5*

**Disposition / Response:**

As per the ~~[illegible]~~ mail Rom the mail address for These individuals is

Cimarron Collectional facility
3200 S Kings High way
cushing, ok
74023

T/I Damon Hiniser
5501 Virginia way Suite 110
Brent wood TN
37027

Woodyne
Staff Member Signature

22 may 2023
Date

# REQUEST FOR ASSISTANCE /SOLICITUD DE ASISTENCIA

**Detainee Name/Nombre de Detenido:** DeWayne [illegible]

**REG/A#:** [illegible] **Unit /Unidad:** AN269

**To / Para:** [illegible] **Date/Fecha:** 05/22/23

**Subject: (state briefly the problem for which you need assistance)**
**Sujeto: (indique brevemente el problema en el que necesita ayuda)**

I need mailing addresses to send to the district court for subpoena purposes [illegible]

*Note: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem may result in no action being taken.*

*Nota: Si es necesario, puede ser entrevistado para manejar su solicitud. Si no declara específicamente su problema, es posible que no se tomen medidas.*

**DO NOT WRITE BELOW THIS LINE /NO ESCRIBA DEBAJO DE ESTA LINEA**

**Date Received:** ____________

<u>**This section applies to USMS prisoners only:**</u>

**Request Type** *(Choose One)*: ☐ Routine Request ☐ Non-Routine Request

*Routine requests are to be answered within 24 hours (clothing, indigent supplies, staff assistance) - G.9.1.c*
*Non-routine requests are to be answered within 72 hours - G.9.5*

**Disposition / Response:**

[illegible]

Staff Member Signature: [illegible]

Date: [illegible]

Dewayne Dudley #14208510
Cimarron Corr. Facility
Alpha North 269
3200 S Kings Highway
Cushing OK 74203

postmarked
5/23/23 MB

US POSTAGE PITNEY BOWES
ZIP 74023 $ 001.50
02 4W
0000359298 MAY 23 2023

23-cv-180-GKF-JFJ

RECEIVED
MAY 31 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Clerk UNITED STATES District Court
Northern District of Oklahoma
333 West 4th Street Room 411
Tulsa, Oklahoma
74103-3819

CONFIDENTIAL

This correspondence is from an offender housed at Cimarron Correctional Facility. The facility is not responsible for substance or content.